Opinion issued November 9, 2006









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00709-CV

____________


MHI PARTNERSHIP, LTD. AND MCGUYER HOMEBUILDERS, INC.,
Appellants


V.


VANESTA Y. ADESINA, et al., Appellees






On Appeal from the 268th District Court

Fort Bend County, Texas

Trial Court Cause No. 2002-CV107892C






MEMORANDUM OPINION

 Appellants, MHI Partnership, Ltd. and McGuyer Homebuilders, Inc., have filed
an unopposed motion to dismiss their appeal. No opinion has issued. Accordingly,
we grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(1).

 We overrule all other pending motions in this appeal as moot and direct the
Clerk to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Nuchia, Jennings, and Higley.